IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BEVERLY BARNES, | § | Bankr. No. 15-70725 |
| | § | Chapter 13 |
| Debtor(s). | § | |

## OBJECTION TO CLASSIFICATION OF CLAIM

NOW COMES DEBTOR(S), by and through undersigned counsel, and respectfully object(s) to the classification of claim #9 filed by CAVALRY SPV LLC Assignee of CAPITAL ONE, NA totaling $3,853.22 and listing as secured the amount of $3,010.00, for the following reason(s):

1. Debtor proposes to surrender remaining interest in collateral (2006 KAWASAKI 6612) to Creditor per their Chapter 13 Plan dated May 13, 2015.

WHEREFORE, debtor(s) pray(s) this Honorable Court disallow claim #1 filed by SHEFFIELD FINANCIAL as filed, and allow any later deficiency balance claim to be filed as unsecured.

DATED: August 4, 2015

/S/ Kathryn L. Bettis
K. L. Bettis LLC
1902 Hackberry Ln., Tuscaloosa, AL 35401
(205) 614-8540 phone / (205) 383-3210 fax
klb@bettisllc.com

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing on the Chapter 13 Standing Trustee via ECF and the following persons or parties via U.S. Mail, first-class postage pre-paid, or electronic mail where available, this August 4, 2015.

Cavalry Spv LLC
c/o Bass & Associates PC
3936 E. Ft. Lowell Road
Suite 200
Tuscan, AZ 85712

/s/ Kathryn L. Bettis